**NOT FOR PUBLICATION**

**FILED**

UNITED STATES COURT OF APPEALS

FEB 20 2026

FOR THE NINTH CIRCUIT

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 25-4609 |
| Plaintiff - Appellee, | D.C. No. 1:18-cr-00036-SPW-1 |
| v. | |
| JEROME LAWRENCE WIGMORE, Jr., | MEMORANDUM* |
| Defendant - Appellant. | |

Appeal from the United States District Court
for the District of Montana
Susan P. Watters, District Judge, Presiding

Submitted February 18, 2026**

Before:     CALLAHAN, FRIEDLAND, and BRESS, Circuit Judges.

Jerome Lawrence Wigmore, Jr. appeals from the sentence of 6 months'

imprisonment and 30 months of supervised release imposed following the district

court's revocation of supervised release.

Wigmore's counsel filed a brief under *Anders v. California*, 386 U.S. 738

---

\*       This disposition is not appropriate for publication and is not precedent
except as provided by Ninth Circuit Rule 36-3.

\*\*       The panel unanimously concludes this case is suitable for decision
without oral argument.  *See* Fed. R. App. P. 34(a)(2).

(1967), stating that there are no non-frivolous arguments for appeal. Wigmore has not filed a pro se supplemental brief.

Our independent review of the record, *see Penson v. Ohio*, 488 U.S. 75, 80 (1988), discloses no non-frivolous arguments to be made on direct appeal.

Counsel's motion to withdraw is granted.

**AFFIRMED.**